**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| PLASTRONICS SOCKET PARTNERS, LTD. AND PLASTRONICS H-PIN, LTD.<br><br>Plaintiffs,<br><br>vs.<br><br>DONG WEON HWANG, AND HICON CO. LTD.<br><br>Defendants. | Civil Action No. 2:18-cv-00014-JRG<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION FOR ENTRY OF DISPUTED PROPOSED PROTECTIVE ORDER

Pursuant to the Court's Docket Control Order of July 17, 2018 (Dkt. No. 70), Plaintiffs Plastronics Socket Partners, Ltd. and Plastronics H-Pin, Ltd. (collectively, "Plaintiffs") and Defendants Dong Weon Hwang and HiCon Co., Ltd. (collectively, "Defendants"), hereby respectfully submit the following Joint Motion for Entry of Disputed Proposed Protective Order:

Plaintiffs and Defendants have agreed upon all terms of the Proposed Protective Order attached hereto as **Exhibit A** with the exception of Paragraph 5(a). Plaintiffs and Defendants have each included their position and/or proposed Paragraph 5(a) within the Proposed Protective Order. Plaintiffs and Defendants respectfully request that the Court enter the Proposed Protective Order utilizing either Plaintiffs' or Defendants' proposed Paragraph 5(a), or any other language that the Court deems just and appropriate.

Date: July 23, 2018

Respectfully Submitted,

*/s/ Katarzyna Brozynski*
Katarzyna Brozynski

Texas State Bar No. 24036277
kbrozynski@spencerfane.com
Antonio S. Devora
Texas State Bar No. 24074133
adevora@spencerfane.com
SPENCER FANE, LLP
5800 Granite Parkway, Suite 800
Plano, TX 75024
(972) 324-0300 Telephone
(972) 324-0301 Fax

**ATTORNEYS FOR PLAINTIFFS**

*/s/ Matthew P. Chiarizio*
Matthew P. Chiarizio
Texas Bar No. 24087294
matthew.chiarizio@haynesboone.com
John R. Emerson
Texas Bar No. 24002053
russ.emerson@haynesboone.com
Jamie Raju
Texas Bar No. 24095717
jamie.raju@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
(214) 651-5000 Telephone
(214) 200-0615 Fax

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on July 23, 2018, the foregoing document was filed electronically in compliance with Local Rule CV-5(a), and thereby served on all counsel who are deemed to have consented to electronic service, per Local Rule CV-5(a)(3).

*/s/ Katarzyna Brozynski*
Katarzyna Brozynski
