IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PLASTRONICS SOCKET PARTNERS, LTD. ET AL, | § § § | |
| Plaintiffs, | § | Case No. 2:18-cv-00014-JRG-RSP |
| v. | § § § | |
| DONG WEON HWANG ET AL, | § § | |
| Defendants. | § | |

## ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Payne dated February 13, 2019 (Dkt. No. 168) which recommends that Plastronics' Motion to Dismiss Hwang and HiCon Co., Ltd's Counterclaims for Failure to State a Claim Upon Which Relief can be Granted Under Rule 12(b)(6) (Dkt. No. 92) be granted in part. No objections having been filed and for the reasons set forth in the Court's Report and Recommendation, the Recommendation is ADOPTED. Accordingly,

It is ORDERED that Plastronics' Motion to Dismiss Hwang and HiCon Co., Ltd's Counterclaims for Failure to State a Claim Upon Which Relief can be Granted Under Rule 12(b)(6) (Dkt. No. 92) is GRANTED IN PART. The Motion is GRANTED with respect to counterclaims for infringement of the '602 Patent, but DENIED in all other respects.

**So ORDERED and SIGNED this 1st day of March, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE