**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| PLASTRONICS SOCKET PARTNERS, LTD ET AL., § § § | |
| Plaintiffs, § | Case No. 2:18-CV-00014-JRG-RSP |
| § v. § § | |
| DONG WEON HWANG ET AL, § § | |
| Defendants. § | |

## ORDER

Before the Court is Plaintiffs' Opposed Motion to Strike Defendant Hwang's Preliminary Infringement Contentions. (Dkt. No. 91.) Defendant Hwang filed a counterclaim for patent infringement of U.S. Patent No. 7,025,062 (the "'602 Patent"), and the disputed infringement contentions supplement that counterclaim.

However, Plaintiff's filed a Motion to Dismiss, moving to dismiss Defendant Hwang's counterclaim for patent infringement of the '602 Patent and other counterclaims. (Dkt. No. 92.) The Court recently granted that Motion to Dismiss in part, granting it with respect to the counterclaim for patent infringement of the '602 Patent. (Dkt. No. 168; Dkt. No. 183.)

The Court therefore finds Plaintiffs' Opposed Motion to Strike Defendant Hwang's Preliminary Infringement Contentions (Dkt. No. 91) to be MOOT. Plaintiffs' Motion is therefore DENIED.

**SIGNED this 3rd day of March, 2019.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE