IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| PLASTRONICS SOCKET PARTNERS, LTD. AND PLASTRONICS H-PIN, LTD., | § § § § |  |
|---|---|---|
| Plaintiffs, | § § | Case No. 2:18-cv-00014-JRG-RSP |
| v. | § § |  |
| DONG WEON HWANG, HICON CO., LTD., AND HICON COMPANY, | § § § § § |  |
| Defendants. | § |  |

## ORDER

The Magistrate Judge previously entered his Report and Recommendation (Dkt. No. 165), which recommended denial of Defendants HiCon Co., Ltd.'s and HiCon Company's Motion to Dismiss for Lack of Standing (Dkt. No. 83). Defendants HiCon Co., Ltd. and HiCon Company have now filed an Objection to that Report and Recommendation. (Dkt. No. 179.)

After consideration of the briefing on Defendants' Motion to Dismiss, the Report and Recommendation, Defendants' Objection to the Report and Recommendation, and Plaintiffs' Response to that objection (Dkt. No. 190), the Court concludes that the objections are without sufficient merit. While Defendants argue that Hwang would be procedurally unable to defend against any claims of invalidity, the Court points out that no patent invalidity claims are being made in this case. For that reason and the other reasons

stated within the Report, the Court agrees with the conclusion reached within the Report. The Magistrate Judge's Recommendation is therefore ADOPTED.

**So ORDERED and SIGNED this 14th day of March, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE