**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| PLASTRONICS SOCKET PARTNERS, LTD. AND PLASTRONICS H-PIN, LTD.,<br><br>Plaintiffs,<br><br>vs.<br><br>DONG WEON HWANG, AND HICON CO. LTD.<br><br>Defendants. | § § § § § § § § § § § § § § §   Civil Action No. 2:18-cv-00014-JRG<br><br>JURY TRIAL DEMANDED |

**PLASTRONICS' ADDITIONAL ATTACHMENT (EXHIBIT A) TO OPPOSED MOTION TO STRIKE EXPERT REPORT OF DAVID HARPER AND PRECLUDE TESTIMONY (DKT. NO. 207)**

Attached hereto is Exhibit A to Plaintiffs Plastronics Socket Partners, Ltd.'s and Plastronics H-Pin, Ltd.'s (collectively, "Plastronics'") Opposed Motion to Strike Expert Report of David Harper and Preclude Testimony (Dkt. No. 207), filed on April 1, 2019. Due to technical difficulties Plastronics were unable to get it filed with the original filing.

Dated: April 2, 2019

Respectfully Submitted,

*/s/ Katarzyna Brozynski*
Katarzyna Brozynski
Texas State Bar No. 24036277
kbrozynski@spencerfane.com
Antonio S. Devora
Texas State Bar No. 24074133
adevora@spencerfane.com
Bart Dalton
Texas State Bar No. 24043418
bdalton@spencerfane.com
SPENCER FANE, LLP
5700 Granite Parkway, Suite 650

Plano, TX 75024<br>
(972) 324-0300 Telephone<br>
(972) 324-0301 Fax

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 2, 2019, this document was filed electronically in compliance with Local Rule CV-5(a), and thereby served on all counsel who are deemed to have consented to electronic service, per Local Rule CV-5(a)(3).

*/s/ Katarzyna Brozynski*
Katarzyna Brozynski