# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PLASTRONICS SOCKET PARTNERS, LTD. ET AL, | § § § | |
| Plaintiffs, | § | Case No. 2:18-cv-00014-JRG-RSP |
| | § | |
| v. | § | |
| | § | |
| DONG WEON HWANG ET AL, | § § | |
| Defendants. | § | |

## ORDER

Defendants HiCon Co., Ltd. and HiCon Company filed an Amended Answer to Plaintiffs' Amended Complaint on April 3, 2019. (Dkt. No. 212.) Plaintiffs now file an Emergency Motion to Strike the Amended Answer. (Dkt. No. 213.)

After reviewing the Motion, the Court ORDERS that Defendants HiCon Co., Ltd. and HiCon Company shall provide a Response to this Emergency Motion by Tuesday, April 9, 2019 at 5:00 P.M.

**SIGNED this 5th day of April, 2019.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE