# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PLASTRONICS SOCKET<br>PARTNERS, LTD. ET AL, | § § § | |
| Plaintiffs, | § § | Case No. 2:18-cv-00014-JRG-RSP |
| v. | § § | |
| DONG WEON HWANG ET AL, | § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiffs Plastronics H-Pin, Ltd.'s and Plastronics Socket Partners, Ltd.'s Motion to Strike the Expert Report of David Harper. (Dkt. No. 207.) Harper's report describes the attorneys' fees that he believes Defendants are entitled to recover. However, the Court previously deferred discovery as to attorneys' fees until after trial pursuant to Rule 54(d). (Dkt. No. 222.) Because of this, these disputes over attorneys' fees are not ripe for adjudication. The Court will therefore defer ruling on Plaintiffs' Motion (Dkt. No. 207) at this time.

**SIGNED this 10th day of May, 2019.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE