# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **PLASTRONICS SOCKET PARTNERS, LTD., PLASTRONICS H-PIN, LTD.,** § § § | |
| **Plaintiffs,** § § | |
| v. § | **CIVIL ACTION NO. 2:18-CV-00014-JRG** |
| § | |
| **DONG WEON HWANG, HICON CO., LTD.,** § § § | |
| **Defendants.** § § | |

## ORDER

The Court held a hearing in the above-captioned case in which the Court took up certain pre-trial issues including Plaintiffs' Motion to Modify the Joint Pretrial Order as to Stipulations Between the Parties (the "Motion to Modify" or the "Motion"). (Dkt. No. 309.) This Order memorializes the Court's rulings as announced into the record at the conclusion of the hearing. This Order does not limit the rulings as announced in any way.

The Motion to Modify is **GRANTED**. The Court finds that the stipulations identified in the Motion will be duplicative of evidence each side intends to offer during the course of trial. Moreover, the presence of the stipulations risk confusing the jury about whether disputed material issues in this case have actually been conceded. Therefore, the Court **ORDERED** that the stipulations are **STRICKEN** pursuant to Federal Rule of Civil Procedure 403.

Additionally, the Court **MODIFIED** the Magistrate Judge's June 13, 2019 Order regarding the appointment of Korean translators. (Dkt. No. 285.) The Court **ORDERED** that each side shall use its own translator during its own examination of witnesses, whether the examination is a direct or cross examination.

**So ORDERED and SIGNED this 5th day of July, 2019.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE