IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PLASTRONICS SOCKET PARTNERS, LTD., PLASTRONICS H-PIN, LTD., § § § | |
| Plaintiffs, § § | |
| v. § | CIVIL ACTION NO. 2:18-CV-00014-JRG |
| § | |
| DONG WEON HWANG, HICON CO., LTD., § § § | |
| Defendants. § § | |

## FINAL JUDGMENT

A jury trial commenced in this case on July 8, 2019. On July 12, 2019, the jury returned a unanimous verdict (Dkt. No. 337) finding that Plastronics H-Pin, Ltd and Dong Weon Hwang each breached the "Contract Agreement on 'H-Pin Project' Royalty between Mr. D. W. Hwang (Hwang) and Plastronics Socket Partners, LP (PSP)" dated September 24, 2005 (the "Royalty Agreement"); that Plastronics H-Pin, Ltd. should recover from Dong Weon Hwang $622,606.00 in compensatory damages; and that Dong Weon Hwang should recover from Plastronics H-Pin, Ltd. $1,361,860.00 in compensatory damages. The jury also returned its unanimous verdict finding that HiCon Co., Ltd did not infringe U.S. Patent No. 7,025,602 and did not tortiously interfere with the business relationships of Plastronics Socket Partners, Ltd.

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the jury's verdict, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. HiCon Co., Ltd. did not directly or indirectly infringe claim 1 of U.S. Patent No. 7,025,602 and Plastronics H-Pin, Ltd. takes nothing against HiCon Co., Ltd. as to its claims of patent infringement;

2. Plastronics H-Pin, Ltd. did not breach the "Assignment and Agreement" between Dong Weon Hwang and Plastronics Socket Partners, L.P. dated October 4, 2005 (the "Assignment Agreement") and Dong Won Hwang takes nothing against Plastronics H-Pin, Ltd. as to his claims that Plastronics H-Pin, Ltd. breached the Assignment Agreement;

3. Plastronics H-Pin, Ltd. breached the Royalty Agreement and Dong Weon Hwang suffered compensable harm as a result of such breach of contract;

4. Dong Weon Hwang is awarded and shall have and recover compensatory damages against Plastronics H-Pin, Ltd. for breach of the Royalty Agreement in the amount of $1,361,860.00 U.S. Dollars;

5. Dong Weon Hwang breached the Royalty Agreement and Plastronics H-Pin, Ltd. suffered compensable harm as a result of such breach of contract;

6. Plastronics Socket Partners, L.P. did not fraudulently induce Dong Weon Hwang to enter into the Royalty Agreement;

7. Plastronics H-Pin, Ltd. is awarded and shall have and recover compensatory damages against Dong Weon Hwang for breach of the Royalty Agreement in the amount of $622,606.00 U.S. Dollars;

8. Dong Weon Hwang did not breach the Assignment Agreement;

9. Plastronics Socket Partners, L.P. did not fraudulently induce Dong Weon Hwang to enter into the Assignment Agreement;

10. HiCon Co., Ltd. did not tortiously interfere with Plastronics Socket Partners, Ltd.'s prospective business relationships;

11. Pursuant to 28 U.S.C. § 1961, the Court awards post-judgment interest applicable to all sums awarded herein, at the statutory rate, from the date of entry of this Judgment until paid; and further

12. All other relief requested by either party now pending before the Court and not specifically awarded herein is **DENIED**. Motions for an award of attorneys fees and costs as well as motions for exceptional case status may be filed within 28 days of this Judgment.

**So ORDERED and SIGNED this 16th day of July, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE