# United States Court of Appeals for the Federal Circuit

---

**PLASTRONICS SOCKET PARTNERS, LTD., PLASTRONICS H-PIN, LTD.,**
*Plaintiffs-Appellants*

v.

**DONG WEON HWANG,**
*Defendant-Cross-Appellant*

**HICON CO., LTD., HICON COMPANY,**
*Defendants-Appellees*

---

2020-1739, 2020-1781

---

Appeals from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00014-JRG-RSP, Chief Judge J. Rodney Gilstrap.

---

## MANDATE

---

In accordance with the judgment of this Court, entered January 12, 2022, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs are awarded to Dong Weon Hwang, HiCon Co., Ltd., HiCon Company in the amount of $549.44 and taxed against the appellant.

FOR THE COURT

February 18, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court