**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| PLASTRONICS SOCKET PARTNERS, LTD., and PLASTRONICS H-PIN, LTD. | § § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | Civil Action No. 2:18-cv-00014-JRG-RSP |
| DONG WEON HWANG, and HICON CO., LTD. | § § § | JURY TRIAL DEMANDED |
| Defendants. | § § § | |

## SATISFACTION OF JUDGMENT

Dong Weon Hwang hereby provides notice that the July 16, 2019 judgment

entered in his favor as affirmed by the United States Court of Appeals on

January 12, 2022 has been fully satisfied.

1

Dated: November 10 , 2022

Respectfully submitted,

 /s/ John R. Emerson
John R. Emerson
Texas Bar No. 24002053
russ.emerson@haynesboone.com
Stephanie N. Sivinski
Texas Bar No. 24075080
stephanie.sivinski@haynesboone.com
Jamie Raju
Texas Bar No. 24095717
jamie.raju@haynesboone.com

HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
(214) 651-5000 (telephone)
(214) 200-0615 (fax)

Samuel Lee
(Admitted *pro hac vice*)
samuellee@yulchon.com
Jay Hoon Byun
(Admitted *pro hac vice*)
jhbyun@yulchon.com

YulChon LLC
Parnas Tower, 38F, 521 Teheran-ro
Gangnam-gu, Seoul 06164
Republic of Korea
Tel +82-2-528-5200
Fax +82-2-528-5228

**ATTORNEYS FOR DEFENDANTS
DONG WEON HWANG, HICON CO.,
LTD., and HICON**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 10, 2022, I electronically transmitted the attached document to counsel of record for Plaintiff via the Court's ECF system.

*/s/ John R. Emerson*
John R. Emerson